In the Matter of Supplementary Proceedings: E. GISONDI, INC., Judgment Creditor, Respondent, v. MORRIS GINSBURG, Judgment Debtor, Appellant.— Order denying motion to terminate supplementary proceedings affirmed, with fifty dollars costs and disbursements; the examination of the judgment debtor to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of Supplementary Proceedings: E. GISONDI, INC., Judgment Creditor, Respondent, v. MORRIS GINSBURG, Judgment Debtor; IDA GINSBURG, Witness, Appellant.— Order denying motion to terminate supplementary pro-

ceedings affirmed, with fifty dollars costs and disbursements; the examination of the witness Ida Ginsburg to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.